OVERMAN v. WARWICK CYCLE MANUF'G CO.

(Circuit Court of Appeals, First Circuit.    April 17, 1894.)

No. 71.

Appeal from the Circuit Court of the United States for the District
of Massachusetts.

This was a suit by Albert H. Overman against the Warwick Cycle
Manufacturing Company to restrain the infringement of letters
patent No. 331,001, granted to the complainant for a saddle for
velocipedes. The bill was dismissed with costs (54 Fed. 496), and
complainant now appeals.

Chamberlin, White & Mills and Edward S. White, for appellant.
John L. S. Roberts, for appellee.

Before COLT and PUTNAM, Circuit Judges, and NELSON, District Judge.

PER CURIAM. The characteristic feature of the Overman pat-
ented saddle is its adaptability for removal and replacement at pleas-
ure. This is the essence of the invention, and constitutes the im-
provement over prior saddles. The defendant's saddle embodies a
form of construction in which this feature is absent. This is the
ground upon which the court below held that the defendant's sad-
dle did not infringe the Overman patent. We think the court below
was right, and we can add nothing to the reason so clearly stated in
its opinion. Decree affirmed.